**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1832**

MARGARET A. LAGUERRA,

        Plaintiff - Appellant,

    v.

U.S. DEPARTMENT OF TREASURY; INTERNAL REVENUE SERVICE; U.S.
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Theodore D. Chuang, District Judge.
(8:14-cv-02701-TDC)

Submitted:  November 22, 2016      Decided:  November 29, 2016

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Margaret A. Laguerra, Appellant Pro Se.  Jane Elizabeth
Andersen, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Margaret A. Laguerra appeals the district court's order denying relief in Laguerra's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  <u>Laguerra v. United States Dep't of Treasury</u>, No. 8:14-cv-02701-TDC (D. Md. June 20, 2016).  We deny Laguerra's motion to file physical exhibits and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>